**People of the State of Illinois, Defendant in Error, v. Manford Riley, Plaintiff in Error.**

Gen. No. 47,940. 

First District, First Division.
April 25, 1960.

David B. Perley and William E. Siegel (David B. Perley, of counsel) for plaintiff in error; Benjamin S. Adamowski, State's Attorney of Cook county (Francis X. Riley and William L. Carlin, Assistant State's Attorneys, of counsel) for defendant in error. Opinion by JUSTICE SCHWARTZ. Not to be published in full.